CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 16 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| GIFFORD JOHNSON, | ) | CASE NO. 7:11CV00416 |
| | ) | |
| Plaintiff, | ) | |
| | ) | FINAL ORDER |
| vs. | ) | |
| | ) | |
| REGINA KILGORE, ET AL., | ) | By: James C. Turk |
| | ) | Senior United States District Judge |
| Defendants. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. Plaintiff's motion to strike (ECF No. 26) is **DENIED**; and

2. Defendants' motion for summary judgment as amended (ECF No. 24 & 27) is **GRANTED**; and

3. This action is stricken from the active docket of the court.


ENTER: This 16th day of August, 2012.

/s/ James C. Turk
Senior United States District Judge